**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Robert Lee WINFIELD, Jr., a/k/a**
**Tubbs, Defendant–Appellant.**

No. 16–6463

United States Court of Appeals,
Fourth Circuit.

Submitted: June 23, 2016

Decided: June 29, 2016

Robert Lee Winfield, Jr., Appellant Pro Se. Joseph Kosky, Office of the United States Attorney, Norfolk, Virginia; Stephen David Schiller, Assistant United States Attorney, Richmond, Virginia; Howard Jacob Zlotnick, Assistant United States Attorney, Newport News, Virginia, for Appellee.

Before MOTZ, KING, and WYNN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Robert Lee Winfield, Jr., appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2012) motion for a sentence reduction. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Winfield, No. 2:95–cr–00193–REP–1 (E.D. Va. Feb. 22, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED